IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AQUARIAN FOUNDATION, a nonprofit Corporation Pursuant to the laws of the state of Washington<br>    Plaintiff,<br><br>Vs.<br><br>BRUCE KIMBERLY LOWNDES aka Sankacharya Sunkara, aka Reverend ANN SWERMAN BORN, aka HigherSpiritualism; CHERI LOWNDES, his wife; MATTHEW LOWNDES, their son, and JANE DOE LOWNDES, his wife; MARK LOWNDES, their son, and JANE DOE LOWNDES, his wife; PHILOSOPHY RESEARCH CENTER, an organization owned and/or controlled by the above-named defendants, or any of them; MARK LOWNDES, dba CALAVERA PRODUCTIONS, a Partnership registered in Australia; MARGARET KVESIC, dba CALAVERA PRODUCTIONS, a Partnership registered in Australia; www.higherspiritualism.org, www.pr.org.au, www.hispirit.org, vimeo.com/search?q=higherspiritualism, websites owned or controlled by or alter- ego's of the above-named Defendants or any of them;<br>ALLEN M. JENNE, and ANNE S. JENNE, his wife; LYNEA S. WEATHERLY; DARYL WARDENAAR and his business DPWTECH COMPUTER SOLUTIONS; as to any married Defendants, And the MARITAL COMMUNITY thereof; and | No.2:19-cv-01879 RSM<br>ORDER ON<br>MOTION, MEMORANDUM<br>FOR GOOD CAUSE TO<br><br>EXTEND DATES<br>IN 12/13/19 ORDER |

<u>MOTION, MEMO, Good Cause to extend Time for initial status report</u>Page 1 of 3

Law Offices of Jean Schiedler-
Brown and Assoc.,P.S.
606 Post Ave., Suite 101
Seattle, WA  98104
(206) 223-1888 Fax 622-4911

JOHN/JANE DOE # 1-100 |
    DEFENDANTS |
_____

This matter having come before the Court on Motion of Plaintiff to change the dates for the initial disclosures, conference, and joint status report for Good cause, and the Court having considered the records and files herein and the Motion and memorandum and declaration in support of this motion, and no other parties having appeared,

FINDS There is good cause to change the subject time schedules.

Wherefore it is ORDERED;

  Requests that dates in the Court's 12/13/19 Order be changed to:

Deadline for FRCP 26 (f) Conference: March 30, 2020

Initial Disclosures per FRCP 26 (a) (1) April 8, 2020

Joint Status Report and Discovery Plan per FRCP 16(f), LCR 26 (f): April 20, 2020.

      All other parts of the Order shall remain the same.

FACTS: This case was filed on November 19, 2019. Dckt 1. Among the numerous defendants, the majority are located in Australia. Requests for waiver per FRCP 4 (d) (3) were mailed November 26, 2019. Defendants in Australia have 60 days in which to respond to the request for waiver, and if they waive service they are allowed another 30 days to answer/appear. If the 60 days expire and they must be served, it is estimated that service of process will require 30 days. This time frame takes us to February 26. Once served, defendants have 21 days to answer, (FRCP 12(a) 1), until about March 21. Counsel must confer 21 days prior to the Joint Status Report.

   These time frames are minimal, as the number of defendants and the delays in communications because of distance and time zones are often unavoidable. Thus, the proposed dates are reasonable.

MOTION, MEMO, Good Cause to extend
Time for initial status reportPage 2 of 3

Law Offices of Jean Schiedler-
Brown and Assoc.,P.S.
606 Post Ave., Suite 101
Seattle, WA 98104
(206) 223-1888 Fax 622-4911

DATED THIS __13th__ DAY OF ___December___, 2019.

        LAW OFFICES OF JEAN
        SCHIEDLER-BROWN & ASSOC.
        /s/Jean Schiedler-Brown

        JEAN SCHIEDLER-BROWN
        ATTORNEY FOR PLAINTIFF
        WSBA # 7753

Dated this 30 Day of December 2019.

                              [signature]
                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:
LAW OFFICES OF JEAN
SCHIEDLER-BROWN & ASSOC.

JEAN SCHIEDLER-BROWN
ATTORNEY FOR PLAINTIFF
WSBA # 7753

<u>MOTION, MEMO, Good Cause to extend</u>

<u>Time for initial status report</u>Page 3 of 3