UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AQUARIAN FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE KIMBERLY LOWNDES, et al.,<br><br>Defendants. | Case No. C19-1879RSM<br><br>ORDER STRIKING MOTION AT DKT. #88 AND DIRECTING SECOND JOINT STATUS REPORT |

This matter comes before the Court *sua sponte* and in response to the recent Joint Status Report, Dkt. #176.

This case was originally filed on November 19, 2019. Dkt #1. On March 8, 2021, the Court issued an Order resolving several motions, noted the large number of improper pro se filings and procedural irregularities, and directed the parties to prepare a joint status report addressing the status of discovery. Dkt. #170. Plaintiff soon thereafter obtained new counsel. Dkts. ##171–73.

The joint status report was filed on April 7, 2021. Plaintiff said it "intends to withdraw" its Motion for Order Permitting Subpoenas for Electronic Discovery, Dkt. #88. Dkt. #176 at 1. Plaintiff has not taken any further action, such as filing a notice to withdraw under Local Civil Rule 7(l). Originally filed in June of 2020, this Motion has been mooted by subsequent developments and Court rulings. The Court will strike it as moot.

ORDER STRIKING MOTION AT DKT. #88 AND DIRECTING SECOND JOINT STATUS REPORT - 1

Plaintiff also informed the Court that, although it served Rule 26 initial disclosures a year ago, Defendant Lowndes has not served any initial disclosures and that "[n]o written discovery has been served by any party and no party has taken any depositions." *Id*. at 2.

Plaintiff stated it would file a motion seeking leave to file a Second Amended Complaint but has not done so. *See id.* at 3. Plaintiff apologized to the Court for "the current unavailability of local counsel" and indicated that only pro hac vice counsel had signed or otherwise approved the report. *Id*. at 3.

Defendants said they would file a motion to dismiss for lack of jurisdiction "within the next 10 days." *Id*. That motion has not been filed. It is unclear if Defendants have abandoned that plan and are now proceeding with discovery.

The Court is troubled by Plaintiff's response to the Court's Order at Dkt. #170. Given the many apparent factual issues in this case, including the authenticity of certain documents filed on the record by Defendant Lowndes, the lack of any discovery by Plaintiff reflects a failure to prosecute this case. Both parties have failed to proceed with their proposed filings.

Accordingly, the Court hereby finds and ORDERS that Plaintiff's Motion for Order Permitting Subpoenas for Electronic Discovery, Dkt. #88, is STRICKEN as moot. The Court DIRECTS the parties to file a second joint status report updating the Court on discovery and the above motions that were to be filed by the parties. This report is due no later than fourteen (14) days from the date of this Order.

DATED this 11th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STRIKING MOTION AT DKT. #88 AND DIRECTING SECOND JOINT STATUS REPORT - 2