UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AQUARIAN FOUNDATION, INC.<br>A Washington nonprofit corporation,<br><br>v.<br><br>BRUCE LOWNDES A/K/A SANKACHARYA SUNKARA ,<br><br>An individual. | No. 2:19-cv-01879-RSM<br><br>ORDER ON STIPULATED MOTION |

**<u>ORDER</u>**

The Court finds that the Stipulated Motion for Leave to File Second Amended Complaint on behalf of Plaintiff, Aquarian Foundation, Inc. is meritorious and should be granted. It is therefore,

ORDER
2:19-cv-01879-RSM– 1

ORDERED, that Plaintiffs' Stipulated Motion for Leave to File Second Amended Complaint is hereby GRANTED. Plaintiff shall file its Second Amended Complaint with Exhibits within seven (7) days of the date this order is signed.

Dated this 19th day of May, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE