TBILLICK LAW
Tim J. Billick, WSBA 46690
600 1st Ave
Seattle, WA 98104

FASTHOFF LAW FIRM PLLC
Hank Fasthoff, Texas Bar 24003510
21 Waterway Ave., Suite 300
The Woodlands, TX 77380

HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AQUARIAN FOUNDATION, INC.<br><br>A Washington nonprofit corporation,<br><br>v.<br><br>BRUCE LOWNDES A/K/A SANKACHARYA SUNKARA ,<br><br>An individual. | No. 2:19-cv-01879-RSM<br><br>ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER AND STIPULATION FOR BENCH TRIAL<br><br>NOTE ON MOTION CALENDAR: |

### ORDER TO AMEND SCHEDULING ORDER AND ORDER BENCH TRIAL

Plaintiff Aquarian Foundation, Inc. ("the Church") and Defendant Bruce Lowndes ("Lowndes") jointly request that this court amend the scheduling order (Dkt. No. 43) in this matter. The case schedule will be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Mediation if requested by the parties | December 10, 2021 | February 10, 2021 |
| Motions in limine filed and noted no later than the third Friday thereafter | December 27, 2022 | March 28, 2022 |

ORDER
2:19-cv-01879-RSM– 1

| Agreed pretrial order due | January 12, 2022 | April 11, 2022 |
|---|---|---|
| Pretrial Conference | To be scheduled | To be scheduled |
| Trial Briefs and trial exhibits due (proposed voir dire, jury instructions, neutral statement of the case are no longer necessary for a bench trial) | January 19, 2022 | April 18, 2022 |
| Trial Date | January 24, 2022 | April 25, 2022 |

The parties also jointly stipulate to a bench trial, forgoing their rights to a jury trial on their claims and defenses in this case. This case will accordingly be held without a jury.

IT IS SO ORDERED

Dated this 30th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE