UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AQUARIAN FOUNDATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BRUCE KIMBERLY LOWNDES,<br><br>        Defendant. | Case No. C19-1879RSM<br><br>ORDER GRANTING MOTION TO PROCEED REMOTELY |

      This matter comes before the Court on Defendant Bruce Lowndes's "Motion to Permit Him to Participate in Trial and to Testify via Zoom." Dkt. #211. Plaintiff Aquarian Foundation ("Aquarian") does not oppose, and in fact suggests that all witnesses testify via Zoom. Dkt. #222. On Reply, Defendant Lowndes states "the parties have stipulated to the attached order that would permit all aspects of the trial to be conducted remotely." Dkt. #223.

      Having considered the briefing from the parties and the remainder of the record, the Court hereby finds that the parties have agreed that all witnesses be permitted to testify at trial remotely, and that the attorneys participate at trial remotely. Accordingly, this Court ORDERS that all trial testimony and all proceedings shall be taken via this Court's remote hearing infrastructure. Further details will be arranged and communicated to the parties by the Court.

      DATED this 4th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO PROCEED REMOTELY - 1